Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS






STATE OFFICE OF RISK
MANAGEMENT,


 Appellant,


v.


MARTHA I. MARQUEZ,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 

No. 08-08-00046-CV



Appeal from the


210th District Court

of El Paso County, Texas


(TC# 2003-4905)




MEMORANDUM OPINION



 Pending before the Court is Appellant's motion to dismiss this appeal pursuant to
Tex.R.App.P. 42.1(a)(1) because Appellant no longer desires to prosecute the appeal. Appellee has
not objected to the motion and there is no indication that dismissal would prevent Appellee from
seeking relief to which she would otherwise be entitled. See Tex.R.App.P. 42.1(a)(1). We
therefore grant the motion and dismiss the appeal. Costs are taxed against Appellant. See
Tex.R.App.P. 42.1(d).


March 27, 2008 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Carr, JJ.